USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
**VICTOR MERCADO and JOHN MUSCI,**
***Trustees for the Victor Mercado Estate,***

**Plaintiffs,**

**-against-**

**CHRISTOPHER A. CARTWRIGHT,**

**Defendant.**
---------------------------------------------------------------X

**26-CV-08197 (GHW)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On November 9, 2026, the Honorable Gregory H. Woods referred this matter to me for general pretrial supervision and to issue reports and recommendations on any dispositive motions. ECF No. 7. Plaintiffs Victor Mercado and John Musci, proceeding *pro se*, bring this action as trustees for the Victor Mercado Estate. Dkt. 1. Plaintiffs have also moved for a preliminary injunction. ECF No. 4.

Section 1654 of Title 28 provides that "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein." 28 U.S.C. § 1654. Courts have interpreted Section 1654 to mean that "a nonlawyer trustee cannot bring claims on behalf of a trust." Nasledie Davudova Express Tr. v. JP Morgan Chase Bank, Nat'l Ass'n, No. 24-CV-07633 (LTS), 2024 WL 4769687, at *2 (S.D.N.Y. Nov. 13, 2024); Bell v. S. Bay Eur. Corp., 486 F. Supp. 2d 257, 259 (S.D.N.Y. 2007) ("A trust is deemed an artificial entity for the purposes of the rule barring a nonlawyer trustee from representing the interests of the trust."). Courts have

dismissed actions brought by a nonlawyer on behalf of a trust without prejudice to refiling through counsel. See Nasledie Davudova Express Tr., 2024 WL 4769687, at *2–3.

Plaintiffs are ORDERED to show cause by Friday, November 20, 2026, why this matter should not be dismissed without prejudice. No showing is necessary if the Victor Mercado Estate secures counsel and a notice of appearance is entered by counsel before that date.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 13, 2026
New York, New York