USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/25/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
**VICTOR MERCADO and JOHN MUSCI,**
***Trustees for the Victor Mercado Estate,***

**Plaintiffs,**

**-against-**

**CHRISTOPHER A. CARTWRIGHT,**

**Defendant.**
---------------------------------------------------------------X

**26-CV-08197 (GHW)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

Mail sent by the Court to the Plaintiffs has been returned to sender by the U.S. Postal Service. It is the obligation of the parties to provide the Court with accurate contact information, and a case can be dismissed for failure to prosecute if the Court cannot communicate with the parties. To avoid prejudice to the Plaintiffs, the Court will extend the deadline to respond to the order to show cause until Friday, December 11, 2026. No showing is necessary if the Victor Mercado Estate secures counsel and a notice of appearance is entered by counsel before that date.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 25, 2026
New York, New York